RANDY S. GROSSMAN
United States Attorney
ALEXANDRA F. FOSTER
Assistant United States Attorney
Washington, D.C. Bar No. 470096
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6735

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER FOSTER,<br><br>Defendant. | Case No. 23CR00111-JLS<br><br>**GOVERNMENT'S SENTENCING MEMORANDUM**<br><br>Date: April 28, 2023<br>Time: 9:00 a.m.<br>Before: Hon. Janis L. Sammartino |

COMES NOW the plaintiff, United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Alexandra F. Foster, Assistant United States Attorney, and hereby files its Sentencing Memorandum and three Victim Impact Statements, which it will be filing under seal. The Government files the following sentencing memorandum to supplement the Pre-Sentence Report and the Government's Sentencing Summary Chart.

**I**
**STATEMENT OF THE CASE**

On January 24, 2023, the defendant appeared and pled guilty to conspiracy to engage in stalking behavior, as detailed in the factual basis of the plea agreement

(p.2-5, ECF Dkt. No. 6) and in the Pre-Sentence Report (PSR) (¶¶ 3-12, ECF Dkt. No. 14). The defendant is now before this Court for sentencing.

## II
## STATEMENT OF FACTS

The PSR is thorough, and the government will not repeat the information detailed therein. The government is also aware that this Court has reviewed materials for two sentencings in *United States v. Pratt et al.*, 19CR4488-JLS, so it will not reiterate the background information concerning GirlsDoPorn (GDP) and GirlsDoToys (GDT). Although Defendant was not charged as part of the larger GDP/GDT scheme, he was employed by GDP/GDT and was willing not only to make pornographic videos of young women for the GDP and GDT websites, but also to engage in the smear campaign video detailed in the PSR.

As envisioned by Pratt and Wolfe and executed by Foster, the video would disclose the true identities of the 22 Jane Does and the lawyers who had sued GDP, GDT, Pratt, and Wolfe, amongst others. According to the video script, the first screen of the video was to read, "22 Whores + 5 Shady Lawyers VS GirlsDoPorn[.] Share and spread this video as far and wide as possible." The next scene read, "Girlsdoporn has been silent for 3 years now we will expose EVERYTHING & Everyone. Watch the entire video – trust me." The script provided to "Put each girls [sic] full name and location on screen before rolling there [sic] shit," referring to the derogatory and potentially embarrassing information that Pratt and Wolfe wanted included about the women in the video. The script also called for pictures of the plaintiffs' attorneys to

be included, along with disparaging information about the attorneys. According to the script, the final scene of the video was to read, "Ask yourself how viral these videos will go now if nobody is controlling them . . . . Good job :)[.]"

Defendant edited the video and added portions of the plaintiffs' depositions from the civil litigation. Defendant admitted that the video was intended to intimidate the plaintiffs and retaliate against them for bringing a legal action against Pratt and Wolfe. The goal was to identify these women in the most public manner possible. After Foster had reviewed multiple depositions of the plaintiffs detailing their experiences with GDP and GDT, Pratt asked Foster, "what is you overall impression on these girls[?]" Foster responded, "Stupid broke as[s] bitches. Lol."

In October 2019, the FBI raided the GDP/GDT business and seized all of its equipment and electronic devices. The smear video was never finished or published. On January 2, 2020, the San Diego Superior Court issued a 187-page Statement of Decision, finding for the Plaintiffs and awarding them an aggregate amount of $9,475,831.50 in compensatory damages and $3,300,000 in punitive damages.

## III
## SENTENCING CALCULATION AND RECOMMENDATION

The parties and PSR writer agree that the base offense level is 18, subtract two points for minor role and three points for acceptance of responsibility for an adjusted offense level of 13. Defendant is in Criminal History Category I, resulting in a guideline range of 12 to 18 months. The PSR writer considered 18 U.S.C § 3553(a) factors and ultimately recommended a sentence of 12 months. The government

agrees that a sentence at the low end of the Guideline range is warranted based on the defendant's lack of criminal history, his interest in resolving this matter expeditiously, and his clear remorse for his actions.

In addition to the recommended conditions of supervision, the government requests that the defendant delete and destroy any and all GDP and GDT pictures, images and videos that may be in his possession. (The government has no specific information that the defendant is maintaining GDP or GDT materials; it makes this request out of an abundance of caution.)

## IV
## CONCLUSION

The government respectfully requests that the Court sentence the defendant to 12 months' incarceration and three years' Supervised Release.

DATED: April 24, 2023                                Respectfully submitted,

                                                     RANDY S. GROSSMAN
                                                     United States Attorney

                                                     *Alexandra F. Foster*
                                                     ALEXANDRA F. FOSTER
                                                     Assistant United States Attorney